**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**MERON SOLOMON**

**Plaintiff,**

**v.** **Case Number:** 1:26-cv-2396

**LASERAWAY, MEDICAL GROUP, INC.
d/b/a LASERAWAY, et al.**

**Defendants.**

# NOTICE OF REMOVAL

**PLEASE TAKE** notice that on August 4, 2026, Defendants LaserAway Medical Group, Inc. d/b/a LaserAway and LaserAway, LLC d/b/a LaserAway (hereinafter "Defendants"), in the above-entitled action, filed a notice of removal, copies of which are attached, of the above-entitled action to the United States District Court for the Eastern District of Virginia, Alexandria Division.

You are also advised that Defendants, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of Virginia, Alexandria Division, also filed copies of it with the Clerk of Circuit Court for the City of Alexandria to effect removal pursuant to 28 U.S.C. § 1446(d). This Notice of Removal is signed and filed pursuant to Fed. R. Civ. P. Rule 11.

KIERNAN TREBACH LLP

/s/ Michael L. Pivor

Michael L. Pivor, VSB 75312
1776 Eye Street, N.W., 6th Floor
Washington, D.C. 20006
Telephone (202) 712-7000
Facsimile (202) 712-7100
mpivor@kiernantrebach.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid, this 4th day of August 2026 to:

Tara L. Umbrino, Esq.
Valor Injury Law
13895 Hedgewood Drive, Suite 341
Woodbridge, VA 22193
tara@valorinjurylaw.com
*Counsel for Plaintiff*

/s/ Michael L. Pivor

Michael L. Pivor, VSB 75312